[Nos. 39850-8-II; 40040-5-II.   Division Two.   December 7, 2010.]

BAINBRIDGE RATEPAYERS ALLIANCE, *Appellant*, v. THE CITY OF BAINBRIDGE ISLAND, *Respondent*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 09-2-01023-6, M. Karlynn Haberly, J., entered September 17, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Worswick, J., and Serko, J. Pro Tem.

[No. 39893-1-II.   Division Two.   December 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE COCHRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00440-1, Stephen M. Warning, J., entered October 13, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Bridgewater, J.

[No. 39936-9-II.   Division Two.   December 7, 2010.]

*In the Matter of the Marriage of* RUSSELL A. NIBLOCK, *Respondent*, and CHERYL C. NIBLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-3-01503-8, John P. Wulle, J., entered October 13, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Bridgewater, J., and Casey, J. Pro Tem.

[No. 40022-7-II.   Division Two.   December 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY M.R. LARISON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00338-6, Amber L. Finlay, J., entered November 9, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.